

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00383-CR

Jamie **LONGORIA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10053
Honorable Melisa Skinner, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED.  Time is extended to December 1, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:     Richard E. Langlois                          Nicholas LaHood
        Law Offices Of Richard E. Langlois           Bexar County District Attorney's Office
        217 Arden Grove                              101 W. Nueva St.
        San Antonio, TX 78215                        San Antonio, TX 78205